UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHERRYL R. GRIMSTEAD,

        Plaintiff,

-vs-                                                  Case No.  5:06-cv-240-Oc-10GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report, (Doc. 14), recommending that the decision of the Commissioner of the Social Security denying the Plaintiff's application for a period of disability and disability insurance benefits be reversed and remanded "so that the ALJ can properly identify Plaintiff's past relevant work and then address the physical and mental demands of Plaintiff's past relevant work to determine whether Plaintiff can perform these jobs with her particular mental and physical RFC." (Doc. 14, p. 21).  No Party has filed any objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 14) is adopted, confirmed and made a part hereof, and the decision of the Commissioner is REVERSED AND REMANDED

under sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to conduct further proceedings consistent with the report and recommendation.

The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record